**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edgardo BARRON–ESPINOSA,**
**Defendant–Appellant.**

**No. 15–7353.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Edgardo Barron–Espinosa, Appellant Pro Se. Jennifer P. MayParker, Brian Scott Meyers, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgardo Barron–Espinosa appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barron–Espinosa*, No. 5:13–cr–00259–F–2 (E.D.N.C. Sept. 3, 2015).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent that Barron–Espinosa seeks to appeal from his conviction and sentence imposed on September 4, 2014, because we have previously affirmed this criminal judg-

ment, *United States v. Barron–Espinosa*, 608 Fed.Appx. 140 (4th Cir.2015), we dismiss the appeal as duplicative and untimely.